UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
SEP 1 8 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:09-00209
     18 U.S.C. § 665(a)
     18 U.S.C. § 2

**CHRISTINE KAREN GARDNER**

# I N F O R M A T I O N

The United States Attorney Charges:

**(Embezzlement Of Employment and Training Funds)**

1.  At all relevant times, defendant CHRISTINE KAREN GARDNER was an agent and connected with an organization receiving financial assistance and funds under title I of the Workforce Investment Act of 1998.

2.  From March 2008 until at least April 2009, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTINE KAREN GARDNER, aided and abetted by others known and unknown to the United States Attorney, knowingly embezzled, willfully misapplied, stole, and obtained by fraud moneys, funds, assets, and property which were the subject of a contract pursuant to title I of the Workforce Investment Act of 1998, in an amount in excess of $1,000, that is, $5,000 of a State Set-Aside grant COMAR, Inc. received for services that defendant CHRISTINE KAREN GARDNER rendered before July 1, 2008.

In violation of Title 18, United States Code, Sections 665(a) and 2.

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: _____
THOMAS C. RYAN
Assistant United States Attorney