```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:09-00209

CHRISTINE KAREN GARDNER


O R D E R

Upon the motion to schedule plea hearing, filed October 30, 2009, by Thomas C. Ryan, Assistant United States Attorney, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 9:30 a.m. on December 8, 2009, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

                           DATED:  November 13, 2009

                           _____
                           John T. Copenhaver, Jr.
                           United States District Judge